# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

United States of America

FILED

2005 JAN 18 A 11: 56

v.                                                    CASE NO. U.S. 3:00 CR 203, 204 (EBB)

John Alvis Hackney

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4, ___John Hackney___ respectfully requests leave
                          (appealing party)
to file the within notice of appeal out of time. ___John Hackney___ desires to appeal
                                                   (appealing party)
the judgment in this action entered on _January 4, 2005_, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

_____

_[signature]_
**Signature**

_Curtis L. Bowe, III_
**Print Name**

_P.O. Box 81023_

_Chattanooga, TN 37414_
**Address**

Date: _1/14/05_                            _(423) 583-3536_
                                           **Telephone Number**

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.