UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    Plaintiff

CIV. NO. 3:00-CR-00204-EBB

V.

JOHN HACKNEY                    AUGUST 21, 2006

    Defendant

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant.

Dated: August 21, 2006

                                                     SIGNATURE

CT. 04261
BAR NUMBER

                                                     William H. Clendenen, Jr.
                                                     PRINT NAME

                                                     CLENDENEN & SHEA, LLC
                                                     FIRM NAME

                                                     400 Orange Street
                                                     ADDRESS

<u>NEW HAVEN, CT          06511</u>
CITY        STATE      ZIP CODE

<u>203/787-1183</u>
PHONE NUMBER

<u>203/787-2847</u>
FAX NUMBER

<u>office@clenlaw.com</u>
EMAIL ADDRESS

<u>CERTIFICATION</u>:

    This is to certify that a copy of the foregoing was mailed postage prepaid to:

G. Douglas Jones
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35202-0647

Curtis L. Bowe, III
ANDREWS & BOWE, PLLP
6160 Shallowford Rd.
Suite 102
Chattanooga, TN 37421

Mark G. Califano
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

John H. Dunham
Assistant U.S. Attorney
Connecticut Financial Center
157 Church St., Floor 23
New Haven, CT 06510

on the 21 day of August, 2006.

_____
CLENDENEN & SHEA, LLC