IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,                 ) | |
|                                             ) | CASE NO. 3:00-CR-00204-EBB |
|       Plaintiff,                                      ) | |
| vs.                                                                   ) | |
| JOHN HACKNEY                                            ) | |
|       Defendant.                               ) | |

## MOTION FOR ADMISSION PRO HAC VICE

The Defendant, John Hackney, by and through the undersigned counsel, request that G. Douglas Jones be admitted to practice before this Court for the limited purpose of representing him in this action. In support of this Motion, said Plaintiff would show the Court as follows:

1. G. Douglas Jones is of good moral and professional character and is a current member in good standing of the Alabama State Bar (No. ASB-3880-S82G), and has been admitted to practice before the following courts:

> United States Supreme Court
> United States Court of Appeals- First, Fifth Circuit, Eleventh Circuit
> United States District Court-
>     Alabama- Northern, Middle, Southern Districts
> United States Tax Court

2. G. Douglas Jones has extensive civil and criminal experience in federal court and has been admitted to practice pro hac vice in numerous federal district courts. Mr. Jones was the United States Attorney for the Northern District of Alabama from 1997 to 2001.

3. G. Douglas Jones has never been disbarred or suspended from practicing in any court in any jurisdiction, nor has he been reprimanded or censured in any disciplinary proceeding.

4. G. Douglas Jones is an attorney with Whatley Drake & Kallas, LLC located at 2323 Second Avenue North, Birmingham, Alabama 35203, Telephone (205) 328-9576, Facsimile (205) 328-9669. The distance from the Court will not impair or affect his ability to appear in this Court for any of the proceedings.

5. G. Douglas Jones understands that if this Application to appear Pro Hac Vice is granted he will be subject to disciplinary jurisdiction of this Court.

6. Undersigned William H. Clendenen, Jr. has entered an appearance in this case as local counsel.

WHEREFORE, it is respectfully requested that this Application to Appear Pro Hac Vice be granted and that G. Douglas Jones be permitted to practice before this Court for the limited purpose of representing the Defendant in this action.

Respectfully submitted,

William H. Clendenen, Jr.
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
(203) 787-1183
(203) 787-2847
office@clenlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed postage prepaid to:

G. Douglas Jones
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35202-9647

Curtis L. Bowe, III
ANDREWS & BOWE, PLLP
6160 Shallowford Road
Suite 102
Chattanooga, TN 37421

Mark G. Califano
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

John H. Durham
Assistant United States Attorney
Connecticut Financial Center
157 Church Street, Floor 23
New Haven, CT 06510

on the 21st day of August, 2006.

CLENDENEN & SHEA, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **CASE NO. 3:00-CR-00204-EBB** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN HACKNEY ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon the Motion to Appear Pro Hac Vice regarding counsel, G. Douglas Jones of Whatley Drake & Kallas, LLC, the Court finds that the foregoing Motion is meritorious and that said Motion should be granted.

IT IS THEREFORE ORDERED that counsel, G. Douglas Jones is hereby granted permission to practice in the United States District Court District of Connecticut, for the limited purpose of representing Defendant John Hackney in this proceeding.

Dated this ____ day of _____, 2006.

_____
United States District Judge