IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 3:00-CR-00204-EBB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN HACKNEY ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF ALABAMA     )
                                       )
COUNTY OF JEFFERSON  )

Pursuant to Local Rule 83.1 of the United States District Court for the District Court of Connecticut, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  Gordon Douglas Jones.

2. I practice under the following firm name of which I am a partner:

   Name:  WHATLEY DRAKE & KALLAS, L.L.C.

   Address:  2323 Second Avenue North
   P.O. Box 10647
   Birmingham, Alabama 35202-0647

   Telephone Number:  (205)-328-9576

   Fax:  (205)-328-9669

   Email:  djones@whatleydrake.com

3. I have been admitted to practice in the following court(s):

| Court | Date of Admission |
|---|---|
| Alabama State Bar | 1979 |
| Northern District of Alabama | 1980 |
| Middle District of Alabama | 1988 |
| Southern District of Alabama | 1984 |
| U.S. Court of Appeals 5th Circuit | 1980 |
| U.S. Court of Appeals 11th Circuit | 1984 |
| U.S. Court of Appeals 1st Circuit | 2003 |
| U.S. Supreme Court | 1986 |

    4.    I have reviewed the Local Rules of the United States District Court for the District Court of Connecticut. Pursuant to Rule 83.1 I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

    5.    I consent to the exercise of the disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

    6.    I am in good standing in all bars of which I am a member.

    7.    I have not been denied admission by this or any other Court.

    8.    No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.  I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

_____
G. Douglas Jones

Subscribed and sworn to before me this 23rd day of August, 2006

_____
Notary Public

My Commission Expires: 10/27/07

3