# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT



APPEARANCE

2006 SEP 14 P 1:30

U.S. DISTRICT COURT
[illegible], CT

CASE NUMBER: 3:00-CR-00204-EBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant John Hackney

___9-5-06___
Date

___phv01281___
Connecticut Federal Bar Number

___(205) 328-9576___
Telephone Number

___(205) 328-9669___
Fax Number

___djones@whatleydrake.com___
E-mail address

_____
Signature

___G. Douglas Jones___
Print Clearly or Type Name

___2323 2nd Avenue North___
Address

___Birmingham, AL 35203___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Curtis L. Bowe, III.
PO Box 81023
Chattanooga, TN 37414

William H. Clendenen, Jr.
Clendenen & Shea
400 Orange St.
New Haven, CT 06511

Mark G. Califano
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24