## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:00-CR-00204-EBB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN HACKNEY | ) | |
| | ) | |
| Defendant. | ) | |

## INDEX TO RECORD ON APPEAL

Defendant John Hackney through undersigned counsel hereby designates the

following documents to be included in the record on appeal with respect to the notice of

appeal filed January 18, 2005:

| DATE FILED | DOCUMENT NAME | DOCKET NO. |
|---|---|---|
| 09/22/000 | Guilty Plea | Under Seal |
| 01/04/05 | Sentencing Memorandum | 10 |
| 01/04/05 | Judgment | 12 |
| 01/04/05 | Restitution Order | 11 |
| 01/11/05 | Transcript of Sentencing Hearing held on 1/4/05 | 13 |

Respectfully submitted,

G. Douglas Jones
phv01281

OF COUNSEL:
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35203

(205) 328-9576

William H. Clendenen, Jr.
Clendenen & Shea, LLC
P.O. Box 301
New Haven, CT 06502
(203) 787-1183

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of October, 2006, I manually filed the foregoing with the Clerk of the Court in which a copy of the same will be sent to the following:

Curtis L. Bowe, III
ANDREWS & BOWE, PLLP
6160 Shallowford Road
Suite 102
Chattanooga, TN 37421

Mark G. Califano
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

John H. Durham
Assistant United States Attorney
Connecticut Financial Center
157 Church Street, Floor 23
New Haven, CT 06510

Of Counsel

2