UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:00CR204(EBB) |
| JOHN HACKNEY | : |

O R D E R

The case having been remanded by the Second Circuit Court of Appeals for the limited purpose of consideration by this court whether to resentence the defendant in light of United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, 397 F.2d 103 (2d Cir. 2005), the court, in accordance with Crosby at 120, solicits the written views of counsel, on or before March 16, 2007, as to whether defendant should be resentenced.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_ day of February, 2007.