IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 3:00-CR-00204-EBB |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN HACKNEY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT HACKNEY'S MOTION FOR RESENTENCING
PURSUANT TO *CROSBY***

COMES NOW Defendant JOHN A. HACKNEY, by and through the undersigned counsel, and respectfully moves this Honorable Court to enter an Order scheduling the Defendant for resentencing in the above-captioned matter, pursuant to United States v. Booker, 543 U.S. 220 (2005), United States v. Crosby, 397 F.3d 103 (2nd Cir. 2005), and 18 U.S.C. § 3553(a). In support of this motion and in response to the Court's Order of February 23, 2007, directing counsel "to report to the Court…as to whether defendant should be resentenced," Defendant submits grounds and authorities set forth in the supporting memorandum contemporaneously filed herewith.

Respectfully submitted,

/s/ G. Douglas Jones
G. Douglas Jones
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203
Telephone: 205.328.9576
Facsimile: 205.328.9669
E-mail: ecf@whatleydrake.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Curtis L. Bowe, III
ANDREWS & BOWE, PLLP
6160 Shallowford Road
Suite 102
Chattanooga, TN 37421

Mark G. Califano
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

John H. Durham
Assistant United States Attorney
Connecticut Financial Center
157 Church Street, Floor 23
New Haven, CT 06510

              /s/ G. Douglas Jones
                Of Counsel