# ATTACHMENT B



**MANDATE**

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
Motion Information Statement

| | | | |
|---|---|---|---|
| Docket Number(s): | 06-3840-cr | | USA v. John Hackney |
| Motion For: | Limited Remand | | |

**Set forth below precise, complete statement of relief sought:**

Remand to the district court for the limited purpose of considering whether to resentence in light of *United States v. Booker*, 125 S. Ct. 738 (2005), and *United States v. Crosby*, No. 03-1675 (2d Cir. Feb. 2, 2005), and in the event that the district court would impose a nontrivially different sentence in light of *Booker* and *Crosby*, then for resentencing pursuant to Fed. R. Crim. P. 32.

| | | | |
|---|---|---|---|
| **Moving Party:** | United States of America | **Opposing Party:** | John Hackney |
| | ☐ Plaintiff   ☐ Defendant | | |
| | ☐ Appellant/Petitioner | | |
| | ☒ Appellee/Respondent | | |
| **Moving Attorney:** | Kevin J. O'Connor | **Opposing Attorney:** | G. Douglas Jones |
| | United States Attorney | Firm: | Whatley Drake & Kallas, LLC |
| | District of Connecticut | Address: | 2323 2nd Ave., North |
| | 157 Church Street | | Birmingham, AL 35202-0647 |
| | New Haven, CT 06510 | | |
| by: | John H. Durham, Deputy U.S. Atty. | Tel: | (205) 328-9576 |
| Tel: | (203) 821-3817 | e-mail | |
| e-mail: | john.durham@usdoj.gov | | |

**Court-Judge/Agency appealed from:** United States District Court for the District of Connecticut (Burns, J.)

**Please check appropriate boxes:**

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has consent of opposing counsel:
 A. been sought?   X Yes ☐ No
 B. been obtained?   x Yes ☐ No

Has request for relief been made below?   ☐ Yes _ No
Has this relief been previously sought in this Court?   Yes _ No

Is oral argument requested?   ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

**Requested return date and explanation of emergency:**

Has argument date of appeal been set?   ☐ Yes x No
If yes, enter date: _____

**Signature of Moving Attorney:** /s/ John H. Durham   **Date:** 12/1/06
John H. Durham, Deputy U.S. Attorney

Has service been effected?   ☒ Yes ☐ No
[Attach affidavit of service]

### ORDER

Before: Hon. Barrington D. Parker, *Circuit Judge*

IT IS HEREBY ORDERED that the motion for limited remand of appeal is GRANTED.

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by Tracy W. Young
Tracy W. Young
Motions Staff Attorney

FILED DEC 2 1 2006

FORM T-1080 (Revised 05/01/02)   ISSUED AS MANDATE: 1-24-07